# *Bennett, Giuliano, McDonnell & Perrone, LLP*

**New York Office:**
494 Eighth Avenue
7th Floor
New York, NY 10001
Tel. (646) 328-0120
Fax (646) 328-0121

**201 Littleton Road
P.O. Box 513
Morris Plains, NJ 07950**

Telephone: (973) 387-0486
Telefax: (973) 796-2884
www.bgmplaw.com

**Florida Office:**
6615 W. Boynton Beach Blvd.
No. 351
Boynton Beach, FL 33437
Tel. (561) 337-8816
Fax (561) 337-4653

December 16, 2008

*Our File: D773*

\*   \*   \*

Hon. Tonianne J. Bongiovanni
United States Magistrate Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608



        Re:    Michael Burke v. Davey Kent
                 Incident Date: 01/28/2008
                 Location:    Princeton University
                 Docket:     DNJ-08-CV-1423

Dear Judge Bongiovanni:

      We represent the plaintiffs and write to follow up on the settlement conference held on December 2, 2008.

      To prepare for the next settlement conference, which has not yet been scheduled, we ask your Honor to direct the defendant to provide to plaintiffs' counsel, within 30 days, copies of the following documents:

- Davey Kent's corporate tax returns for the years 2005, 2006, and 2007
- Davey Kent's income statement, balance sheet, profit/loss statement and asset accounting for 2005, 2006, 2007, and 2008
- Loan applications made by Davey Kent during the period from November 1, 2006 to January 31, 2009

      We, and our clients, strongly believe that the case is worth far in excess of the $2 million in available insurance. In order for our clients and us to evaluate any settlement proposal that may be made during the next conference, we will need to know what assets and ability to pay Davey Kent has beyond the limits of the insurance coverage.

Hon. Tonianne J. Bongiovanni
December 16, 2008
Page 2

We further ask that your Honor keep in place for the next conference, the Court's Order directing an officer or director of defendant Davey Kent to personally attend the next conference, since in violation of that Order no one from Davey Kent attended the December 2nd, conference.

Respectfully,

*[signature]*

Joseph J. Perrone

/bm

Z:\Casework\D Cases\D733 Burke\Letters\JudgeBongiovanni-ReStImtConf-121508doc

*The Court having reviewed the foregoing and Defendant's declining an opportunity to respond or object, the Plaintiffs' request is granted.*

So Ordered this 22 day of December, 2008

*[signature]*